UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12485 GAO



IVAN D. CARRASCO and
RAUL CARRASCO,
Plaintiffs

v.

THE RACK, INC. and
SEAN GANNON
Defendants

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and propose the following pretrial schedule:

1. Joint Discovery Plan and Motion Schedule:

The parties propose the following pre-trial schedule:

    (a) Automatic document disclosure to be completed on or before March 12, 2004;

    (b) Written discovery requests are to be served by June 28, 2004, and answers/responses are to be served within the time provided by the rules;

    (c) All depositions are to be completed by October 31, 2004, except for expert witness;

    (d) The plaintiffs' expert witnesses shall be designated by November 1, 2004 and defendants' expert witnesses shall be designated within 30 days after plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A); designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert depositions shall be completed within 30 days of defendants' expert designation[1];

---

[1] This is not to be construed as an agreement between the parties that the taking of expert depositions is agreed upon; rather, this is only an agreement as to the timing of such depositions should they take place.

(e) All dispositive motions are to be filed by November 29, 2004, and responses are to be filed thirty days thereafter pursuant to Local Rule 7.1;

(f) The plaintiff shall name other parties, if any, not later than November 15, 2004;

(g) A final pre-trial conference will be held per order of the Court.

2. Defendants intend to take no more than 10 depositions during the discovery period, in conformity with Fed.R.Civ.P. 30(a)(2)(A) and LR, D.Mass. 26.1(C). Plaintiff intends to take no more than 10 depositions during the discovery period, in conformity with Fed.R.Civ.P. 30(a)(2)(A) and LR, D.Mass. 26.1(C).

3. Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

PLAINTIFFS IVAN D. CARRASCO
and
RAUL CARRASCO
By their attorney:

_____
Robert H. Flynn
Flynn Law Firm, PC
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005
BBO# 172900

DEFENDANT, SEAN GANNON
Merita A. Hopkins
Corporation Counsel
By his attorney:

_____
Stephen G. Cox
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064
BBO# 566943

DEFENDANT, THE RACK, INC.
By its attorney:

_____
Leonardo J. Caruso BBO# 554430
Law Offices of Leonardo J. Caruso
221 Lewis Wharf
Boston, MA 02110
(617) 523-5529