UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

THE RACK, INC. and
SEAN GANNON
    Defendants

## CERTIFICATION OF THE DEFENDANT, SEAN GANNON, PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 (2), counsel and an authorized representative of the Defendant, Sean Gannon, certify that they have conferred regarding a budget for this litigation and the availability of alternative dispute resolution programs.

Respectfully submitted,

DEFENDANT SEAN GANNON
By his attorney:

_____
Stephen G. Cox BBO# 566943
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

3/5/04
Date    Stephen G. Cox