UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

THE RACK, INC., and SEAN GANNON,
    Defendants

## CERTIFICATION OF THE DEFENDANT, THE RACK, INC., PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 (2), counsel and an authorized representative of the

Defendant, The Rack, Inc., certify that they have conferred regarding a budget for this

litigation and the availability of alternative dispute resolution programs.

Defendant, The Rack, Inc.,
By its attorney,

Leonardo J. Caruso
BBO #554430
Law Offices of Leonardo J. Caruso
221 Lewis Wharf
Boston, MA 02110
(617) 523-5123

Date: 3/5/04

**CERTIFICATE OF SERVICE**
I, Leonardo J. Caruso, hereby state
that a copy of this document was
served upon the attorney of record
for each party via first class
mail on _____ 3/9/04 _____.

LAW OFFICES OF
## LEONARDO J. CARUSO
221 LEWIS WHARF
BOSTON, MASSACHUSETTS 02110

617.523.5123 TEL
617.523.4334 FAX
LEOCARUSO@AOL.COM

PARALEGALS
LUISA P. ZAULI
HELEN GATZOS

Civil Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

March 9, 2004

Re:    Ivan D. Carrasco and Raul Carrasco v. The Rack, Inc., and Sean Gannon
       Civil Action No.: 03 CV 12485 GAO

Dear Sir or Madam:

        Enclosed for filing in the above-referenced matter, please find Certification of the
Defendant, The Rack, Inc., Pursuant to Local Rule 16.1.  Thank you.

                        Very truly yours,

                        Leonardo Caruso (HG)
                        Leonardo J. Caruso

LJC: hg
Enclosure
cc:    Robert H. Flynn, Esq.
       Stephen G. Cox, Esq.