UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
   Plaintiffs

v.

THE RACK, INC., and SEAN GANNON,
   Defendants

**DEFENDANT THE RACK, INC'S AUTOMATIC DISCLOSURE UNDER LOCAL RULE 26.2(A) AND 26.1(B) TO THE PLAINTIFF**

Pursuant to Local Rule 26.2(A) and 26.1(B), Defendant The Rack, Inc., hereby makes the following automatic document disclosure:

A.   **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Police Officer Sean Gannon
   District C-6
   101 West Broadway
   South Boston, MA 02127-1017
   (617) 343-4730

   Officer Gannon is a defendant in this action and was a participant and witness to the events of November 30, 2001, which form the basis of allegations contained in the Plaintiffs' Complaint.

2. Paul Barclay
   The Rack
   20 Clinton Street
   Boston, MA 02109
   (617) 725-1051

   Mr. Barclay is a General Partner for the Rack Limited Partners. He was present at the Rack on November 30, 2001, and a witness to some of the events that form the basis of allegations in Plaintiffs' Complaint.

3.  Keith Labonte
    The Rack
    20 Clinton Street
    Boston, MA 02109
    (617) 725-1051

    Mr. Labonte is a Manager at the Rack, was present on November 30, 2001, and a witness to some of the events that form the basis of allegations contained in Plaintiff's Complaint.

4.  Arthur Prince
    The Rack
    20 Clinton Street
    Boston, MA 02109
    (617) 725-1051

    Mr. Prince is an employee at the Rack, was present on November 30, 2001, and a witness to some of the events that form the basis of allegations contained in Plaintiff's Complaint.

5.  David Sutton
    170 Boston Rock Road
    Melrose, MA 02176

    Mr. Sutton was an employee of the Rack on November 30, 2001, and a witness to some of the events that form the basis of allegations contained in the Plaintiffs' Complaint.
    contained in the Plaintiffs' Complaint.

    The Defendant reserves the right to supplement this list as more information becomes available.

**B.  DESCRIPTION OF RELEVANT DOCUMENTS**

1.  Boston Police Incident Report dated 11/30/01.

    The Defendant reserves the right to supplement this list as more information becomes available.

**C.  INSURANCE AGREEMENTS**

1.  Certificate of Liability Insurance and accompanying insurance policy effective 2/14/01 through 2/14/02.

D. **EXPERTS WHO MAY BE CALLED AT TRIAL**

The Defendant has not yet determined the witness(es) to be called as expert(s) at this trial, but recognizes its obligation to supplement this response.

                              Defendant, The Rack, Inc.,
                              By its attorney,

                              Leonardo J. Caruso
                              BBO #554430
                              Law Offices of Leonardo J. Caruso
                              221 Lewis Wharf
                              Boston, MA 02110
                              (617) 523-5123

Date: 3/10/04

**CERTIFICATE OF SERVICE**
I, Leonardo J. Caruso, hereby state that a copy of this document was served upon the attorney of record for each party via first class mail on 3/12/04.

LAW OFFICES OF
# LEONARDO J. CARUSO
221 LEWIS WHARF
BOSTON, MASSACHUSETTS 02110

617.523.5123 TEL
617.523.4334 FAX
LEOCARUSO@AOL.COM

PARALEGALS
LUISA P. ZAULI
HELEN GATZOS

Civil Clerk
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

March 12, 2004

Re:   Ivan D. Carrasco and Raul Carrasco v. The Rack, Inc., and Sean Gannon
      Civil Action No.: 03 CV 12485 GAO

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find the Automatic Disclosure of the Defendant, The Rack, Inc., under Local Rule 26.2(A) and 26.1(B). Thank you.

Very truly yours,

*Leonardo Caruso* (HG)
Leonardo J. Caruso

LJC: hg
Enclosure
cc:   Robert H. Flynn, Esq.
      Stephen G. Cox, Esq.