UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12485 GAO

IVAN CARRASCO and
RAUL CARRASCO,
    Plaintiffs,

v.

THE RACK, INC, and SEAN GANNON
    Defendants

## Motion of Attorney Robert H. Flynn to Withdraw

Attorney Robert H. Flynn moves that he be permitted to withdraw from representing plaintiffs in the above captioned action and states as grounds that the plaintiffs discharged him and plaintiff Ivan Carrasco in the telephone conversation discharging Flynn indicated that he had a successor counsel. The court has at the request of plaintiffs, as expressed on their behalf by Attorney Flynn, been given two periods of time to obtain successor counsel and to have successor counsel appear in the action.

WHEREFORE, Attorney Robert H. Flynn moves for leave to withdraw from said action.

                                  Plaintiffs Ivan D. Carrasco
                                  and Raul Carrasco
                                  By Their Attorney:

                                  _____
                                  Robert H. Flynn, Esq., (BBO#172900)
                                  Flynn Law Firm, PC
                                  27 Mica Lane
                                  Wellesley, MA 02841
                                  (781) 239-1005

Dated: March 14, 2005

## CERTIFICATE OF SERVICE

I, Robert H. Flynn, hereby certify that on today's date I served a copy of the foregoing document upon all parties by mailing same, postage prepaid, directed to:

Leonardo J. Caruso, Esq.
Law Offices of Leonardo J. Caruso
84 State Street
Boston, MA 02109

Stephen G. Cox, Esq.
Assistant Corporation Counsel
City of Boston, Law Department
City Hall, Room 615
Boston, MA 02201

_____
Robert H. Flynn, Esq.

Dated: March 14, 2005
Q:\Carrasco0.2191\Plead\mtr widrl atty.doc

2