UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

THE RACK, INC. and
SEAN GANNON
    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Please enter my appearance as attorney of record for the defendants, Sean Gannon and the City of Boston, in the above-captioned case.

Respectfully submitted,

DEFENDANTS, SEAN GANNON AND THE CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By their attorney:

S/ Tsuyoshi Fukuda
_____
Tsuyoshi Fukuda
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064
BBO# 648739