UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

THE RACK, INC. and
SEAN GANNON
    Defendants

## ORDER

It is hereby ordered that the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts shall provide to Defendant Sean Gannon's attorney, Stephen G. Cox, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, Massachusetts 02201 within ten days of the date of this order, all Criminal Offenders Record Information (CORI), including but not limited to certified records of convictions, for the following named persons:

**IVAN D. CARRASCO**
    DATE OF BIRTH:
    CURRENT ADDRESS:    334 Prospect Street
        Lawrence, MA  01841

    SSN:

**RAUL CARRASCO**
    DATE OF BIRTH:
    CURRENT ADDRESS:    18 Hobson Street
        Lawrence, MA  01841

    SSN:

_____
Honorable George A. O'Toole, Jr.
Justice of United States District Court

DATED:   8/25/05