### SUCV2003-04950
### Carrasco v Rack Inc et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 10/20/2003 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 12/10/2003 | Session | H - Civil H | | |
| Origin | 1 | Case Type | B04 - Other negligence/pers injury/pro | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/18/2004 | Answer | 03/18/2004 | Rule12/19/20 | 03/18/2004 |
| Rule 15 | 03/18/2004 | Discovery | 08/15/2004 | Rule 56 | 09/14/2004 |
| Final PTC | 10/14/2004 | Disposition | 12/13/2004 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Ivan D Carrasco
Active 10/20/2003

**Private Counsel 172900**
Robert H Flynn
Daly Cavanaugh & Flynn LLP
27 Mica Lane
Wellesley Hills, MA 02481
Phone: 781-237-0600
Fax: 781-237-6012
Active 10/20/2003 Notify

**Defendant**
Rack Inc
Service pending 10/20/2003

**Defendant**
Sean Gannon
Served: 11/12/2003
Served (answr pending) 11/24/2003

**Private Counsel 566943**
Stephen G Cox
Boston (City of) Law Dept
City Hall Plaza
Room 615
Boston, MA 02201
Phone: 617-635-4037
Fax: 617-635-3199
Active 12/10/2003 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/20/2003 | 1.0 | Complaint filed with request for trial by jury |
| 10/20/2003 | | Origin 1, Type B04, Track F. |
| 10/20/2003 | 2.0 | Civil action cover sheet filed |
| 11/24/2003 | 3.0 | SERVICE RETURNED: Sean Gannon (Defendant) by delivering in hand to Jane Doe, person in charge for Sean Gannon, at Boston Police Headquarters, C-6 So. Boston, MA on 11/12/03 |
| 12/10/2003 | | Certified copy of petition for removal to U. S. Dist. Court of Deft.Sean Gannon U. S. Dist.#(03-12485GAO). |
| 12/10/2003 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

case01 231974 y y y y y y                                                    Page 1 of 2

I HEREBY ATTEST AND CERTIFY ON
DEC. 11, 2003
THAT THE FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK