| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03-4950 H | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|
| PLAINTIFF(S) Ivan Carrasco, Raul Carrasco | | DEFENDANT(S) The Rack, Inc., Sean Gannon |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Robert H. Flynn, Esq. 27 Mica Lane Daly, Cavanaugh & Flynn Wellesley, MA Board of Bar Overseers number: 172960 02481 | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other Negligence | (F) | (✓) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................ $
2. Total Doctor expenses ................................................. $
3. Total chiropractic expenses ........................................... $
4. Total physical therapy expenses ...................................... $
5. Total other expenses (describe) ....................................... $

Subtotal $..............

B. Documented lost wages and compensation to date ................... $
C. Documented property damages to date ................................. $
D. Reasonably anticipated future medical and hospital expenses ....... $
E. Reasonably anticipated lost wages ..................................... $
F. Other documented items of damages (describe)
$..............

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Cuts, bruises, neck injury (to Ivan), Humiliation, violation of civil rights   TOTAL $ 2000

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 10/18/03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

Served Oct. 15 '03

I HEREBY ATTEST AND CERTIFY ON
DEC. 11, 2003, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.