UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

THE RACK, INC. and
SEAN GANNON
    Defendants

### DEFENDANT SEAN GANNON'S SUPPLEMENTED PRE-TRIAL MEMORANDUM

10.   NAMES AND ADDRESSES OF WITNESSES

    b.   Defendant Sean Gannon's Witnesses

        David Sutton
        170 Boston Rock Road
        Melrose, MA 02176
        (781) 665-7881

Respectfully Submitted,

DEFENDANT, SEAN GANNON
Merita A. Hopkins
Corporation Counsel
By his attorneys:

/S/ Stephen G. Cox
_____
Stephen G. Cox  BBO# 566943
Tsuyoshi Fukuda  BBO# 648739
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064 (SGC)
(617) 635-4038 (TF)