UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

THE RACK, INC. and
SEAN GANNON
    Defendants

**DEFENDANT SEAN GANNON'S SUPPLEMENTED PRE-TRIAL MEMORANDUM**

10.    NAMES AND ADDRESSES OF WITNESSES

    b.    Defendant Sean Gannon's Witnesses

        Arthur Prince[1]
        Campus Police
        Fisher College
        116 Beacon Street
        Boston, MA 02125
        (617) 908-4317

        Respectfully Submitted,

        DEFENDANT, SEAN GANNON
        Merita A. Hopkins
        Corporation Counsel
        By his attorneys:

        /S/ Stephen G. Cox
        _____
        Stephen G. Cox  BBO# 566943
        Tsuyoshi Fukuda  BBO# 648739
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4064 (SGC)
        (617) 635-4038 (TF)

---

[1] Arthur Prince was listed by Defendant Gannon on the original Pre-Trial Memorandum, but at the time there was no current address known.  A business address just came into possession of Defendant Gannon and is thus provided.