UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs,

v.                                                              CIVIL ACTION NO. 1:03-CV-12485-GAO

THE RACK, INC. and
SEAN GANNON,
    Defendants.

### NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for plaintiffs Ivan D. Carrasco and Raul Carrasco in the above-captioned action.

Respectfully submitted,

/s/ Thomas T. Worboys
Thomas T. Worboys (BBO#657636)
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02841
(781) 239-1005

Dated: September 16, 2005

### CERTIFICATE OF SERVICE

I, Thomas T. Worboys, hereby certify that on date stated below I served a copy of the foregoing document upon all parties by mailing same, postage prepaid, directed to:

| | |
|---|---|
| Leonardo J. Caruso, Esq. | Stephen G. Cox, Esq. |
| Law Offices of Leonardo J. Caruso | Assistant Corporation Counsel |
| 84 State Street | City of Boston, Law Department |
| Boston, MA 02109 | City Hall, Room 615 |
| | Boston, MA 02201 |

/s/ Thomas T. Worboys
Thomas T. Worboys

Dated: September 16, 2005
Q:\Carrasco0.2191\Plead\notice appearance.doc