UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

SEAN GANNON
    Defendant

## DEFENDANT SEAN GANNON'S REQUESTED VOIR DIRE OF THE JURY

The Defendant Sean Gannon hereby requests that this Honorable Court conduct the following *voir dire* of the jury pool. If any juror answers these questions in the affirmative, the Defendant Sean Gannon requests that those jurors be individually questioned regarding their impartiality as jurors:

1. Is any juror employed by or has a close relation who is employed by the Boston Police Department?

2. Has any juror, spouse, or close relation ever filed suit against a police officer or police department?

3. Has any juror, spouse, or close relation ever filed suit against the City of Boston and/or Boston Police Department, and/or one of their employees?

4. Has any juror, spouse, or close relation ever been sued in a civil case by a government department or agency?

5. Would any juror be _less_ likely to credit the testimony of a witness if that witness was a law enforcement officer?

6. Would any juror be influenced by media accounts of instances of police misconduct _other than_ the allegations in this case?

7. Has any juror, spouse, close relation, and/or close friends ever had any negative experience in dealing with any law enforcement official in his or her official capacity?

1

8. Has any juror, spouse, close relation, and/or close friends ever been the subject of a law enforcement official's investigation?

9. Does any juror, spouse, or a close relation have a criminal record?

10. Does any juror harbor any ill feelings toward law enforcement as a profession?

11. Does any juror, spouse, close relation, and/or close friend, belong to any civic, political or other organization that is concerned with civil rights or liberties reform?

12. Does anyone on the jury believe that he or she or members of his or her family, friends, or acquaintances have been unreasonably treated in any fashion by police officers?

Respectfully Submitted,

DEFENDANT, SEAN GANNON
Merita A. Hopkins
Corporation Counsel
By his attorneys:

/s/ Stephen G. Cox
Stephen G. Cox  BBO# 566943
Tsuyoshi Fukuda  BBO# 648739
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064 (SGC)
(617) 635-4038 (TF)