UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   03 CV 12485 GAO

IVAN D. CARRASCO and
RAUL CARRASCO,
    Plaintiffs

v.

SEAN GANNON
    Defendant

**VERDICT ON SPECIAL QUESTIONS TO THE JURY**

**A.   IVAN CARRASCO**

1. Has the plaintiff Ivan Carrasco proven by a preponderance of the evidence that Sean Gannon violated his federal civil rights?

   YES _____   NO _____

*If "Yes" proceed; If "No" proceed to Question No.A.3.*

2. Has the plaintiff Ivan Carrasco proven by a preponderance of the evidence that Sean Gannon violated his rights under the Massachusetts Constitution using threats, intimidation and/or coercion:

   YES _____   NO _____

*Proceed.*

3. Has the plaintiff Ivan Carrasco proven by a preponderance of the evidence that: (1) Sean Gannon intended to inflict emotional distress or that he knew or should have known that emotional distress was the likely result of the conduct; (2) that the conduct was extreme and outrageous and was beyond all possible bounds of decency and was utterly intolerable in a civilized community; (3) that the actions of Sean Gannon were the cause of the plaintiff's distress; and (4) that the emotional distress sustained by the plaintiff severe and of a nature that no reasonable person could be expected to endure it?

   YES _____   NO _____

1

*Proceed.*

*If you answered yes to any part of one or more of Questions A.1 through A.3, please answer Question A.4; otherwise proceed to Part B.*

4.  What amount of compensatory damages, if any, do you award to Ivan Carrasco against Sean Gannon?

    Amount in numbers:

    $_____

    Amount in words:

    _____

**B.   RAUL CARRASCO**

1.  Has the plaintiff Raul Carrasco proven by a preponderance of the evidence that Sean Gannon violated his federal civil rights?

    YES _____   NO _____

*If "Yes" proceed; If "No" proceed to Question No.B.3.*

2.  Has the plaintiff Raul Carrasco proven by a preponderance of the evidence that Sean Gannon violated his rights under the Massachusetts Constitution using threats, intimidation and/or coercion:

    YES _____   NO _____

*Proceed.*

3.  Has the plaintiff Raul Carrasco proven by a preponderance of the evidence that: (1) Sean Gannon intended to inflict emotional distress or that he knew or should have known that emotional distress was the likely result of the conduct; (2) that the conduct was extreme and outrageous and was beyond all possible bounds of decency and was utterly intolerable in a civilized community; (3) that the actions of Sean Gannon were the cause of the plaintiff's distress; and (4) that the emotional distress sustained by the plaintiff severe and of a nature that no reasonable person could be expected to endure it?

    YES _____   NO _____

*Proceed.*

*If you answered yes to any part of one or more of Questions B.1 through B.3, please answer Question B.4; otherwise proceed to the end and have the jury foreperson sign the document.*

4.  What amount of compensatory damages, if any, do you award to Raul Carrasco against Sean Gannon?

    Amount in numbers:

    $_____

    Amount in words:

    _____

                            SIGNED:   _____
                                      *Foreperson of the Jury*

Dated: _____

3