UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12485 GAO

IVAN CARRASCO and
RAUL CARRASCO,
    Plaintiffs,

v.

THE RACK, INC, and SEAN GANNON
    Defendants

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE RACK, INC.**

The parties to the above-captioned action, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action against The Rack, Inc. be dismissed with prejudice and without costs and all rights of appeal are waived.

| | |
|---|---|
| Plaintiffs Ivan D. Carrasco<br>and Raul Carrasco<br>By Their Attorney:<br><br>_/s/ Robert H. Flynn_<br>Robert H. Flynn, Esq., (BBO#172900)<br>Flynn Law Firm, PC<br>27 Mica Lane<br>Wellesley, MA 02841<br>(781) 239-1005 | Respectfully submitted,<br>Defendant, The Rack Inc.,<br>By their Attorney,<br><br>_/s/ Leonardo J. Caruso_<br>Leonardo J. Caruso, Esq. (BBO#554430)<br>Law Offices of Leonardo J. Caruso<br>221 Lewis Wharf<br>Boston, MA 02110<br>(617)523-5529 |

Respectfully submitted,
Defendant, Sean Gannon,
By his Attorney,

_/s/ Stephen G. Cox_
Stephen G. Cox, Esq. (BBO#566943)
Assistant Corporation Counsel
City of Boston, Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4064

Dated: September 16, 2005
Q:\Carrasco0,2191\Plead\stpnt prdce.doc