UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IVAN D. CARRASCO and
RAUL CARRASCO,
          Plaintiffs,

v.                                          CIVIL ACTION NO. 1:03-CV-12485-GAO

THE RACK, INC. and
SEAN GANNON,
          Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for plaintiffs Ivan D. Carrasco and

Raul Carrasco in the above-captioned action.

Respectfully submitted,

Thomas T. Worboys (BBO#657636)
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02841
(781) 239-1005

Dated: September 16, 2005

## CERTIFICATE OF SERVICE

I, Thomas T. Worboys, hereby certify that on date stated below I served a

copy of the foregoing document upon all parties by mailing same, postage

prepaid, directed to:

Leonardo J. Caruso, Esq.            Stephen G. Cox, Esq.
Law Offices of Leonardo J. Caruso   Assistant Corporation Counsel
84 State Street                     City of Boston, Law Department
Boston, MA 02109                    City Hall, Room 615
                                    Boston, MA 02201

                                    Thomas T. Worboys

Dated: September 16, 2005
Q:\Carrasco0.2191\Plead\notice appearance.doc