CIVIL/CRIMINAL CASE NO: **03-12485-GAO**

TITLE: **CARRASCO**                    VS.        **GANNON**

## J U R Y   P A N E L

01. **Robert Lane**

02. **Tina Woodson**

03. **Helen Alkon**

04. **JoAnne Dunphy**

05. **Yulya Kisen**

06. **JoAnne Mitza**

07. **Cynthia Dever**

08. **Andy Ramos**

09. **Erik Voigt**

10. **John Nadeau**

11. **Joan McEldoon**

12. **Janne Armstrong**

ALT. #1

ALT. #3

ALT. #2

ALT. #4

## W I T N E S S E S

### PLAINTIFF/GOVT.

01. **Ivan Carrasco**

02. **Raul Carrasco**

03. **David Sutton**

04. **Arther Prince**

05. **Paul Barclay**

06. **Sean Gannon**

07.

08.

09.

10.

11.

12.

13.

14.

### DEFENDANT

01.

02.

03.

04.

05.

06.

07.

08.

09.

10.

11.

12.

13.

14.

(Jury&Witness List.wpd - 12/98)