AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |

IVAN AND RAUL CARRASCO

V.

SEAN GANNON

**EXHIBIT AND WITNESS LIST**

Case Number:  03-12485-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'TOOLE | FLYNN | COX |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-22-05- | KILLIAN | LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 9/22/05 | x | x | Photo of The Rack |
| 2 |  | 9/22/05 | x | x | "  "   "   " |
| 3 |  | 9/22/05 | x | x | "  "   "   " |
| 4 |  | 9/22/05 | x | x | "  "   "   " |
| 5 |  | 9/22/05 | x | x | "  "   "   " |
| 6 |  | 9/22/05 | x | x | "  "   "   " |
| 7 |  | 9/22/05 | x | x | "  "   "   " |
| 8 |  | 9/22/05 | x | x | "  "   "   " |
| 9 |  | 9/22/05 | x | x | "  "   "   " |
| 10 |  | 9/22/05 | x | x | Medical records of Ivan Carrasco |
| 11 |  | 9/22/05 | x | x | Medical records of Raul Carrasco |
|  | 1 | 9/22/05 | x | x | Certified copy of Criminal Docket |
| 12 |  | 9/22/05 | x | x | Photo of smashed car window. |
| 14 |  | 9/23/05 | x | x | rough drawing of interior of The Rack |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages