UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IVAN AND RAUL CARRASCO
         Plaintiff(s)

v.                         CIVIL ACTION NO. 03-12485-GAO

SEAN GANNON
         Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOLE, D.J.

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    The jury finds in favor of defendant on all claims of the complaint.

    A Stipulation of Dismissal as to The Rack was filed on September 19, 2005.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/23/05                          By Paul S. Lyness
                                                                    Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)