November 3rd, 2005

Re: Juan Carrasco and Raul Carrasco
v.s. Jean Gorron U.S. District ct
docket no 03-CV-12485 S.A.O.
Judge O'toole.

Motion to extend Time of filing
Notice of Appeal.

Now comes the plaintiffs and
respectfully ask this honorable
court to grant the extension,
and appeal, and waive fees.

We the plaintiff move
to ask this court to grant
this and what deems fair, as
pro sey litigants.

Very truly Yours,

Juan C on behalf
and Raul C