Notice of intent to appeal. 10/4/05

Re: Ivan D. Carrasco & Raul Carrasco V. Sean Gannon United States District Court Civil Action No 1:03-CV-12485, Judge O'Toole.

Now comes the plaintiffs Ivan Carrasco & Raul Carrasco and moves this Honarable court to grant an appeal on the above captioned matter, for the following reasons, the verdicts and judgement constitutes unfairness towards the plaintiffs giving the evidence and contradicting testimony by the defendants and thier witnesses, the plaintiffs wern't allowed to enter every piece of evidence into the exhibits, 10 of 12 Jurors were white on a discrimination case, plaintiffs attorneys did not defend clients rights, civil, constitutional during and after trial and furthermore he is not a civil rights attorney. respectfully submitted as prosey appealants.

cc: Atty Cox
Raul Carrasco